AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HOLSCHUH, JOHN D | 2. Court or Organization<br><br>U.S. District Court, S.D. Ohio | 3. Date of Report<br><br>4/27/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge,Sr. Status | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States District Court<br><br>Rm. 109 - 85 Marconi Boulevard<br><br>Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Porter, Wright, Morris & Arthur - Successor to former law firm - KEOUGH Plan - Huntington National Bank, Trustee (no control) |

RECEIVED 2005 MAY -3 | A 10: 52 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLSCHUH, JOHN D | 4/27/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buy/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Huntington National Bank - Checking | A | Interest | L | T | | | | | |
| 2. Huntington National Bank - Savings | D | Interest | N | T | | | | | |
| 3. PWMA KEOUGH Plan - Huntington Natl. Bank - Money Market II | D | Interest | L | T | | | | | See Section VIII |
| 4. Huntington National Bank - IRA - CD's | B | Interest | K | T | | | | | See Section VIII |
| 5. Huntington National Bank - CD | A | Interest | J | T | | | | | |
| 6. Touchstone Family of Funds | B | Dividend | M | T | | | | | |
| 7. Prudential Securities, Columbus, Ohio Merk Stock | A | Dividend | J | T | | | | | |
| 8. Huntington National Bank - Savings | A | Interest | M | T | | | | | |
| 9. Prudential Securities Barr Laboratories, Inc. Stock | | None | K | T | | | | | |
| 10. Prudential Securities Cardinal Health Stock | A | Dividend | K | T | | | | | |
| 11. Prudential Securities Glimcher Realty Trust | B | Dividend | K | T | | | | | |
| 12. Prudential Securities American Electric Power Stock | A | Dividend | J | T | | | | | |
| 13. Prudential Secur. Medco Health Solutions Spin-off from Merk | | None | J | T | | | | | |
| 14. Prudential Securities Nisource, Inc. | A | Dividend | K | T | | | | | |
| 15. Prudential Securities Celsion Corp. | | None | J | T | | | | | |
| 16. Prudential Securities Calpine Corp. | | None | J | T | | | | | |
| 17. Prudential Securities Millenium Pharm. | | None | J | T | Bought | 1/12 | J | | |
| 18. Prudential Securities Washington Mutual | A | Dividend | J | T | Bought | 1/27 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

# VIII ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

VII. Investments and Trusts

Line 3. Interest includes eighth required distribution
Line 4. Interest includes eighth required distribution

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | HOLSCHUH, JOHN D | 4/27/2005 |

VIII ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date April 27, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544